UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-22058-KMW

ROBERT SANDFORD,
*individually and on behalf of all*
*those similarly situated,*

    **Plaintiff,**

v.

BILL MATRIX CORPORATION,

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff Robert Sandford submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: June 7, 2024

                                                            Respectfully Submitted,

                                                            /s/ Zane C. Hedaya
                                                            **JIBRAEL S. HINDI, ESQ.**
                                                            Florida Bar No.: 118259
                                                            E-mail: jibrael@jibraellaw.com
                                                            **ZANE C. HEDAYA, ESQ.**
                                                            Florida Bar No.: 1048640
                                                            E-mail: zane@jibraellaw.com
                                                           The Law Offices of Jibrael S. Hindi
                                                           110 SE 6th Street, Suite 1744

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 7, 2024, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com